

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PHYLLIS CALISTRO Senior Counsel

Phone:212-788-8682

Fax:212-788-8877

E-mail:pcalistr@law.nyc.gov

November 29, 2004

**BY FAX and by ECF: 718-260-2447**
Hon. Judge I. Leo Glasser
U.S. District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   Re: <u>Pizzitola v. New York City Fire Department, et al</u>, 04 Civ. 4801 (ILG)(CLP)

Dear Judge Glasser:

  I am the attorney for the City of New York. I write to request a 30-day extension of time, until December 29, 2004, to respond to the Complaint. The response was originally due today. An extension is necessary in order for me to properly investigate the claims. This is my first request for such an extension. Counsel for plaintiff consents to this extension.

                Sincerely yours,

                Phyllis Calistro

 cc: Matthew Conroy, Esq. (by fax and by email)