





**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PHYLLIS CALISTRO Senior Counsel

Phone: 212-788-8682

Fax: 212-788-8877

E-mail: pcalistr@law.nyc.gov

December 28, 2004

**BY HAND and by ECF: 718-260-2447**
Hon. Judge I. Leo Glasser
U.S. District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: <u>Pizzitola v. New York City Fire Department, et al</u>, 04 Civ. 4801 (ILG)(CLP)

Dear Judge Glasser:

I am the attorney for the defendants in the above-referenced action. I write to request a 30-day extension of time, until January 28, 2005, to respond to the Complaint. The response is currently due on December 29, 2004. An extension is necessary because I have not yet obtained the pertinent documents or spoken to all of the individual defendants. Therefore I am not yet able to determine whether all defendants are entitled to representation by this office.

This is my second request for such an extension. Counsel for plaintiff is out of town and therefore I am unable to obtain his consent to this extension.

Sincerely yours,

Phyllis Calistro

cc: Matthew Conroy, Esq. (by ECF and by email)

*Granted*
*So ordered*
*USDJ*
*12/29/04*



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

PHYLLIS CALISTRO Senior Counsel

Phone:212-788-8682

Fax:212-788-8877

E-mail:pcalistr@law.nyc.gov

December 28, 2004

**BY HAND and by ECF: 718-260-2447**
Hon. Judge I. Leo Glasser
U.S. District Judge
225 Cadman Plaza East
Brooklyn, N.Y.  11201

Re:  Pizzitola v. New York City Fire Department, et al, 04 Civ. 4801 (ILG)(CLP)

Dear Judge Glasser:

I am the attorney for the defendants in the above-referenced action.  I write to request a 30-day extension of time, until January 28, 2005, to respond to the Complaint.  The response is currently due on December 29, 2004.  An extension is necessary because I have not yet obtained the pertinent documents or spoken to all of the individual defendants.  Therefore I am not yet able to determine whether all defendants are entitled to representation by this office.

This is my second request for such an extension.  Counsel for plaintiff is out of town and therefore I am unable to obtain his consent to this extension.

Sincerely yours,

Phyllis Calistro

cc: Matthew Conroy, Esq. (by ECF and by email)