CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

DATE: 2/10/05
TIME SPENT: 30 min

DOCKET NO. 04 CV 4801 (FLG)

CASE: Pizzutola v Fire Dept of NYC

____✓ INITIAL CONFERENCE               ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE              ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE             ____ TELEPHONE CONFERENCE

MANDATORY DISCLOSURE :

____ COMPLETED                    ____3/8____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:  _____

                _____

FOR DEFENDANT:  _____

                _____

____ DISCOVERY TO BE COMPLETED BY_____

____ NEXT CONFERENCE SCHEDULED FOR_____

____ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY _____

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Discovery schedule adopted
Dft. to provide mandatory disclosures 3/8
Parties to exchange written discovery
   requests by 3/8; responses 4/8
Depositions to proceed
Conference 6/7 @ 12:30

DRAFT          Pizzitola v. FDNY, et als.,  EDNY 04 CV 4801 (ILG)(CLP)

## INITIAL CONFERENCE QUESTIONNAIRE

1.  Date of completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __p - complete; d - 3/8/5__

2.  If additional interrogatories beyond the 15 permitted under the local court rules are needed, the maximum number of: plaintiff(s) __0__ and defendant(s) __0__

3.  Maximum number of requests for admission by: plaintiff(s) __20__ and defendant(s) __10__

4.  Number of depositions by plaintiff(s) of: parties __4__ non-parties __10__

5.  Number of depositions by defendant(s) of: parties __1__ non-parties __3__

6.  Time limits for depositions: __7 hours; 2 7 hour days for Plaintiff__

7.  Date for completion of factual discovery: __08/11/05__

8.  Number of expert witnesses of plaintiff(s): medical __2__ non-medical __1__

    Date for expert report(s): __09/08/05__

9.  Number of expert witnesses of defendant(s): medical __1__ non-medical __1__

    Date for expert report(s): __10/31/05__

10. Date for completion of expert discovery: __11/10/05__

11. Time for amendment of the pleadings by plaintiff(s) __09/08/05__ or by defendant(s) __none__

12. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) __0__ and time for completion of joinder: _____

13. Types of contemplated dispositive motions: plaintiff(s): __SJ__
                                              defendant(s) __SJ__

14. Dates for filing contemplated dispositive motions: plaintiff(s): __12/08/05__
                                                       defendant(s) __12/08/05__

15. Does any parties object to having this case included in the Court's Electronic Case Filing program: No objection __X__ Objection by plaintiff _____ defendant _____

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (Answer no if any parties declines to consent without indicating which parties has declined.) Yes __X__ no