

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PHYLLIS CALISTRO<br>Senior Counsel<br>212-788-8682 |

June 5, 2005

BY FACSIMILE and BY ECF
Hon. Magistrate Judge Cheryl L. Pollak
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  <u>Marianne Pizzitola v. City of New York, et al</u> 04 Civ. 4801 (ILG)(CLP)

Dear Judge Pollak:

I am the attorney for defendants in the above-referenced action.  I write with the consent of plaintiff's counsel, Matthew Conroy, to request a two-week adjournment[1], to the week of June 20, 2005, of the status conference which is currently scheduled for June 7, 2005.  An adjournment is necessary because I will be on trial beginning on June 6, 2005 through at least June 14, in the matter of <u>John Barry v. New York City Fire Department</u>, 01 Civ. 0333 before visiting Judge Donald Walter, and therefore unable to attend the conference.  This is defendants' first request for such an adjournment.

Your Honor's consideration of this request is appreciated.

Sincerely yours,

---

[1]  In the alternative, the parties request a late July date due to out-of-town deposition commitments and vacation plans.

*Phyllis Calistro*

cc:   R. Spergel (by fax)