

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PHYLLIS CALISTRO<br>Senior Counsel<br>212-788-8682 |

June 27, 2005

BY FACSIMILE and BY ECF
Hon. Magistrate Judge Cheryl L. Pollak
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Request Granted. 7/6 at 10:00

Conference Adjourned to _____

SO ORDERED. *Cheryl Pollak* U.S. Magistrate Judge

Re: Marianne Pizzitola v. City of New York, et al 04 Civ. 4801 (ILG)(CLP)

Dear Judge Pollak:

    I am the attorney for defendants in the above-referenced action. I write with the consent of plaintiff's counsel, Matthew Conroy, to request a three-week adjournment[1], to the week of July 25, 2005, of the status conference which is currently scheduled for June 29, 2005. An adjournment is necessary because I will be on vacation from June 28 through July 4.

    This is defendants' second request for such an adjournment. The first request was occasioned by my having been on trial on the conference date, in the matter of John Barry v. New York City Fire Department, 01 Civ. 0333 (DEW).

    Your Honor's consideration of this request is appreciated.

Sincerely yours,

---

[1] Mr. Pelosi is not available until late July due to out-of-town deposition commitments.