# BELESI & CONROY, P.C.
# 1225 Franklin Avenue – Suite 400
# Garden City, New York 11530
# (516) 248-2929

October 31, 2005

Hon. Cheryl L. Pollack
United States District Court
225 Cadman Plaza West
Brooklyn, New York 11201

      Re:    **Marianne Pizzitola v. FDNY**
              **Civil Action No.: 04 CV 4801 (ILG)(CLP)**

Dear Judge Pollack:

As you are aware this firm represents the Plaintiff Marianne Pizzitola in the above captioned matter. A status conference was held on 07/28/05 wherein the Defendant agreed to provide discovery responses by 08/05/05 with depositions beginning in September ending in October. A further conference to discuss settlement was scheduled for November 03, 2005 at 12:00 p.m.

I noticed ten (10) depositions to be conducted and completed in accordance with your honors Order of 07/28/05. However, due to scheduling issues of defense counsel and the witnesses, I have agreed to adjourn to deposition to November 09, 10 and 11 with the understanding that the lengthier witnesses will be available shortly after those dates. In addition, counsel for the defendants has indicated that a further document production is currently being facilitated through her office.

Given the status of discovery, I would respectfully request a three (3) week adjournment of the conference to a date that is convenient for the Court.

Thank you for your immediate attention to this matter.

Very truly yours,


/s/ Matthew J. Conroy

Matthew J. Conroy