

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

PHYLLIS CALISTRO
Senior Counsel
212-788-8682

February 9, 2006

BY FACSIMILE(718-613-2365) and BY ECF
Hon. Magistrate Judge Cheryl L. Pollak
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: <u>Marianne Pizzitola v. City of New York, et al</u> 04 Civ. 4801 (ILG)(CLP)

Dear Judge Pollak:

   I am the attorney for defendants in the above-referenced action.  I write with the consent of plaintiff's counsel, Matthew Conroy, to request a one-month adjournment, to the week of March 13, 2006 of the settlement conference which is currently scheduled for tomorrow, February 10, 2006.  An adjournment is necessary because, although numerous depositions have been completed, the plaintiff's and one important witness are still outstanding.  Both of these have previously been scheduled but have not taken place due to various professional, educational and family obligations of counsel and the witnesses themselves.  Both depositions are scheduled to take place in the next two weeks.  Without these depositions, defendants cannot properly assess the settlement value of this action, and therefore a settlement conference is premature.

   This is defendants' first request for such an adjournment.

   I apologize for the last-minute nature of this request.  Yesterday I submitted a similar request for an adjournment of this conference which was originally scheduled for today.  Your Honor's consideration of this request is appreciated.

            Sincerely yours,

*Phyllis Calistro*

cc:   M. Conroy (by fax)