# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INDEX NO. 04-CV-04801

MARIANNE PIZZITOLA

                plaintiff

Against

AFFIDAVIT
OF
SERVICE

CITY OF NEW YORK FIRE DEPARTMENT, ET AL

                defendant

STATE OF NEW YORK
COUNTY OF NASSAU   ss.

VINCENT DE ANGELIS being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of 18 years of age and resides in THE STATE OF NEW YORK

That on 3/8/06 at 7:19 PM at 3125 SPENCER DRIVE, BRONX, NEW YORK 10465

Deponent served the within SUBPOENA IN A CIVIL CASE

        On        DIANE BODONI

Individually by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her)himself as such.

DESCRIPTION: 3 STORY RED BRICK HOUSE

| Sex | Skin Color | Hair Color | Age(Approx.) | Height(Approx.) | Weight(Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'5" | 125 |

I ask the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply.
The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 3/10/06

CRISTINE MANCUSO
Notary Public, State of New York
No. 5010375
Qualified in Nassau County
Commission Expires March 29, 2007

VINCENT J. DEANGELIS
License No. 0986538

BELESI & CONROY, P.C. 1225 FRANKLIN AVE. GARDEN CITY, NY 11530 TEL 516 248-2929