MARIANNE PIZZITOLA

               plaintiff

      Against

CITY OF NEW YORK FIRE DEPARTMENT, ET AL

               defendant

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF NASSAU   ss.

GERALD SCULLY being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of 18 years of age and resides in THE STATE OF NEW YORK

That on 5/30/06 at 6:35 PM at 3125 SPENCER DRIVE, BRONX, NEW YORK 10465

Deponent served the within LETTER AND SUBPOENA

               On  DIANE BODONI

Individually by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her)himself as such.

DESCRIPTION:   3 STOREY RED BRICK HOUSE

| Sex | Skin Color | Hair Color | Age(Approx.) | Height(Approx.) | Weight(Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 35 | 5'5" | 125 |

I ask the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply.
The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 5/31/06

CRISTINE MANCUSO
Notary Public, State of New York
No. 5010378
Qualified in Nassau County
Commission Expires March 29, 2007

GERALD SCULLY
License No.

BELESI & CONROY, P.C. 1225 FRANKLIN AVE. GARDEN CITY, NY 11530 TEL 516 248-2929