| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  JAMES ORENSTEIN                              DATE:      06/28/06
         U.S. MAGISTRATE JUDGE                        TIME:      12:30 p.m.

*Marianne Pizzitola v. City Of New York Fire Department, et al.*
CV 04-4801 (ILG) (JO)

TYPE OF CONFERENCE: Telephone Status Conference

APPEARANCES:    Plaintiff       Matthew J. Conroy

                Defendant       Phyllis Calistro

SCHEDULING:

1. A pretrial conference will be held on August 3, 2006, at 11:00 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. The parties shall take the deposition of Diane Bodoni on July 6, 2006. Should Ms. Bodoni fail to appear as required, the parties' counsel will agree on an alternate date for the deposition within one week and I will direct the Marshal to ensure that Ms. Bodoni appears for that alternate date.

2. The parties shall take the deposition of Commissioner White by July 7, 2006.

3. All other deadlines remain in effect.

4. Counsel for the defendant shall provide a copy of this minute order to Ms. Bodoni to ensure that she is aware of her obligation to attend her deposition on July 6, 2006, and of the potential consequences should she fail to do so.

                                            SO ORDERED

                                            /s/ James Orenstein
                                            JAMES ORENSTEIN
                                            U.S. Magistrate Judge