| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 09/21/06<br>2:00 p.m. |

*Marianne Pizzitola v. City Of New York Fire Department*
**CV 04-4801 (ILG) (JO)**

TYPE OF CONFERENCE: Pretrial

APPEARANCES:   Plaintiff    Matthew J. Conroy (counsel), Marianne Pizzitola (client)

Defendant    Phyllis Calistro (counsel), Gloria Johnson (client)

SCHEDULING:  The next settlement conference will be held on October 25, 2006, at 9:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. Discovery is complete except for (a) some outstanding expert disclosure that the plaintiff will provide without objection and (b) outstanding personnel documents that the defendants have been unable to locate. If the parties do not reach a settlement agreement at the next conference, I will set a schedule for briefing the plaintiff's anticipated motion for relief under Rule 37 as to the latter.

2. The parties have submitted a joint pretrial order that substantially complies with Judge Glasser's individual practice rules.

3. The parties discussed settlement and will continue to do so in advance of the next conference. If the parties do not reach an agreement at that time, I will enter an order certifying that the case is ready for trial.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge