

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PHYLLIS CALISTRO**<br>Phone: (212) 788-8682<br>Fax: (212) 788-0877<br>Email: pcalistr@law.nyc.gov |

January 23, 2007

Honorable James Orenstein
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Marianne Pizzitola v. City of New York Fire Department, et. al..</u>
            04CV4801

Dear Judge Orenstein:

      I am the attorney for defendants in the above-referenced action. I write to request an adjournment of the status conference currently scheduled for Thursday, January 25, 2007. An adjournment is necessary because I am currently on trial in <u>John Marchisotto v. City of New York,</u> 05 Civ. 2699 (RLE).

      Plaintiff's counsel, Matthew Conroy, consents to this adjournment. I expect the trial to be concluded by this Friday, January 26, 2007.

                                                   Sincerely,

                                                   Phyllis Calistro
                                                   Senior Counsel