| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                                    DATE:   01/31/07
          U.S. MAGISTRATE JUDGE                              TIME:   10:30 a.m.

*Marianne Pizzitola v. City Of New York Fire Department, et al.*
CV 04-4801 (ILG) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:   Plaintiff      Matthew J. Conroy

               Defendant      Phyllis Callistro

SCHEDULING:  The next telephone conference will be held on February 21, 2007, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE: The parties are continuing to discuss settlement and will advise me of the status of their efforts at the next telephone conference. I direct the plaintiff's counsel to initiate the conference call.

                                          SO ORDERED

                                          /s/ James Orenstein
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge