| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE:   JAMES ORENSTEIN<br>          U.S. MAGISTRATE JUDGE | DATE:   02/21/07<br>TIME:   12:30 p.m. |

*Marianne Pizzitola v. City Of New York Fire Department, et al.*
CV 04-4801 (ILG) (JO)

TYPE OF CONFERENCE: Telephone Status

APPEARANCES:   Plaintiff   Matthew J. Conroy

               Defendant   Phyllis Calistro

SCHEDULING: The next telephone conference will be held on March 2, 2007, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE: The parties will continue to explore settlement in advance of the next conference. If the parties do not anticipate reaching an agreement by that time, I will enter an order certifying the case as ready for trial.

               SO ORDERED

               /s/ James Orenstein
               JAMES ORENSTEIN
               U.S. Magistrate Judge