| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 03/02/07<br>12:30 p.m. |

*Marianne Pizzitola v. City Of New York Fire Department, et al.*
**CV 04-4801 (ILG) (JO)**

TYPE OF CONFERENCE: Telephone Status

APPEARANCES:   Plaintiff   Matthew J. Conroy

   Defendants   Phyllis Calistro

SCHEDULING:  There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:  The parties are unable to reach an agreement to settle the case.  I will enter a separate order certifying that the case is ready for trial.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge