**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MARIANNE PIZZITOLA,

                      Plaintiff,

      - against -

CITY OF NEW YORK
FIRE DEPARTMENT, et al.,
                    Defendants.
----------------------------------------------------------X

**ORDER**

CV 04-4801 (ILG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

    Discovery is closed and the parties have submitted their proposed joint pretrial order. After examination of the order, I find that it substantially complies with the requirements of the Honorable I. Leo Glasser, United States District Judge. Accordingly, the joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge I. Leo Glasser.

    **SO ORDERED.**

Dated: Brooklyn, New York
       March 2, 2007

                                           /s/ James Orenstein
                                           JAMES ORENSTEIN
                                           U.S. Magistrate Judge