

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **APR 26 2007** ★

P.M. _____
TIME A.M. _____

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PHYLLIS CALISTRO Senior Counsel

Phone:212-788-8682
Fax:212-788-8877
E-mail:pcalistr@law.nyc.gov

April 20, 2007

**BY FAX**
Hon. Judge I. Leo Glasser
U.S. District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: <u>Pizzitola v. New York City Fire Department, et al</u>, 04 Civ. 4801 (ILG)(CLP)

Dear Judge Glasser:

I am the attorney for the defendants in the above-referenced action which is currently scheduled for trial on April 30, 2007. I write to inform the Court that the parties have reached a meeting of the minds and are in the process of drawing up settlement documents. We expect to submit a Settlement Stipulation to the Court by April 25, 2007.

Sincerely yours,

Phyllis Calistro

cc: Matthew Conroy, Esq. (by fax)